NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MEDLINE INDUSTRIES, LP,**
*Appellant*

**v.**

**C.R. BARD, INC.,**
*Appellee*

---

2023-1224, 2023-1225, 2023-1226

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2019-00035, IPR2019-00036.

---

## O R D E R

The parties, having so agreed,

IT IS ORDERED THAT:

The above-captioned appeals are dismissed under Fed. R. App. P. 42(b) with each side to bear their own costs.

FOR THE COURT

July 30, 2024
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** July 30, 2024